# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136161 & (26)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                          SC: 136161
                                          COA: 279601
                                          Wayne CC: 04-002336

ERICK LAMONT REED,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the February 20, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

s0828

                                     Clerk